IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01827-RPM

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

    Plaintiff,
v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

    Defendant(s).
_____

ORDER ON MOTIONS AND FOR STATUS CONFERENCE
_____

There has been no action in this case since this Court's order of April 15, 2005, denying the defendants' second motion to set pretrial conference and jury trial in which the Court held that the action pending in Cook County, Illinois, should take precedence over the trial of this action.  Upon a review of the Clerk's file, there are motions filed by the defendants which have not been determined and there has been a change in the representation of the plaintiff since those motions were filed.  To proceed in this matter in an orderly way, the Court has determined to deny the motions in limine, reserving the issues raised therein for the trial and also denying the motion to strike the testimony of an accident reconstruction expert witness because that also is dependent upon rulings to be made at the trial of the case and does not properly present a need for a *Daubert* hearing.  The defendants have requested trial in Grand Junction, Colorado, which is the appropriate place for trial if that can be accomplished on the Court's trial schedule.  Finally, the Court must review this case with counsel now representing the parties and be informed concerning the status of the related action in Cook County, Illinois.  Upon

the foregoing it is

ORDERED that the defendants motions in limine, filed April 19th (Doc. #113) and April 29th (Doc. #111) 2004, are denied without prejudice and it is

FURTHER ORDERED that defendants motion to strike (Doc. #110) filed April 29, 2004, is denied and it is

FURTHER ORDERED that the motion for trial in Grand Junction (Doc. #112) filed April 30, 2004, is granted on condition that the trial setting can be accommodated within this Court's trial schedule.  It is

FURTHER ORDERED that a status conference will be held in this matter on **May 2, 2006, at 3:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: March 16, 2006

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge