IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

    Plaintiff,

v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

    Defendants.
_____

ORDER FOR STATUS REPORT
_____

On March 5, 2007, James W. Avery as counsel for the plaintiffs in this civil action filed a status report, advising that the Appellate Court of Illinois, First Judicial District, affirmed the denial of the motion to dismiss the related civil action pending in the Circuit Court of Cook County, Illinois. This civil action has been delayed because of the related action in Illinois. It is now

ORDERED that the plaintiff shall file a status report on or before May 1, 2008, informing of the status of that related action in Illinois.

DATED: April 8th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge