IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01827-RPM

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

      Plaintiff,
v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

      Defendants.
_____

## ORDER FOR STATUS REPORT
_____

On March 5, 2007, James W. Avery as counsel for the plaintiffs in this civil action filed a status report, advising that the Appellate Court of Illinois, First Judicial District, affirmed the denial of the motion to dismiss the related civil action pending in the Circuit Court of Cook County, Illinois.  This civil action has been delayed because of the related action in Illinois.  It is now

ORDERED that the plaintiff shall file a status report on or before February 10, 2010, informing of the status of that related action in Illinois.

DATED: January 27, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge