IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01827-RPM

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

      Plaintiff,
v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

      Defendants.
_____

## AMENDED ORDER FOR STATUS REPORT
_____

On May 5, 2008, plaintiff's counsel filed a status report, informing the court that the matter in the Circuit Court of Cook County, Illinois, is still pending, with no trial date. No further pleadings have been filed with this court and it is therefore

ORDERED that the plaintiff shall file a status report on or before February 10, 2010, informing of the status of that related action in Illinois.

DATED:   January 27th, 2010

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge