IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

    Plaintiff,
v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

    Defendants.
_____

ORDER TO SUPPLEMENT PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
_____

On March 16, 2010, counsel for the plaintiff, James W. Avery, filed his response to this Court's Order to Show Cause of March 12, 2010. In that response, Mr. Avery reports that he has not received a status report by any of the plaintiff's attorneys conducting the civil action in the state court in Cook County, Illinois. That is not a satisfactory response. On or before April 5, 2010, Mr. Avery shall supplement his response to inform this Court of the status of the litigation in Illinois.

    DATED: March 25th, 2010

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge