IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

    Plaintiff,

v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

    Defendants.
_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

    Upon review of Plaintiff's Supplemental Response to Order to Show Cause [176], it is

    ORDERED that the Order to Show Cause entered by this Court on March 12, 2010, is discharged.

    DATED: April 2nd, 2010

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge