IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01827-RPM

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

      Plaintiff,

v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

      Defendants.
_____

ORDER DIRECTING GREYHOUND LINES TO RESPOND
_____

On May 28, 2010, counsel for the plaintiffs filed a pleading designated Motion for

Emergency Protective Order, Request for Expedited Hearing, and Request to

Reconvene Settlement Conference.  In that pleading, counsel recites his understanding

of settlement negotiations between defendant Greyhound Lines, Inc., and the plaintiffs

in related proceedings pending in the Cook County Circuit Court in Illinois and Mr. Avery

expresses the concern that those negotiations may adversely affect the plaintiffs Tiberiu

Klein and the estate of his deceased wife, Claudia Zvunca, in this civil action.  The

requested relief of a protective order concerning the conduct of settlement negotiations

in Illinois is inappropriate.  The request that this Court refer this case to a magistrate

judge for parallel settlement negotiations is a matter which requires response from the

defendant Greyhound Lines, Inc., and it is therefore

ORDERED that the defendant Greyhound Lines, Inc., shall, on or before June 29, 2010, file a response to the plaintiffs' motion as a request to convene a settlement conference for this civil action.

DATED:   June 15th  2010

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge