IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM-GJR

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

    Plaintiff,

v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

    Defendants.

_____

ORDER DENYING PLAINTIFF'S REQUEST TO RECONVENE SETTLEMENT CONFERENCE
_____

On June 29, 2010, defendant Greyhound Lines, Inc. filed its response to the plaintiff's request to reconvene a settlement conference and on July 7, 2010 the plaintiff filed a reply to that response. The parties have filed papers addressing the possible effects on this civil action of litigation in the state court in Cook County, Illinois. The only issue now before this Court is whether to order a settlement conference to be convened, despite the defendant's opposition to it. It is not the practice of this Court to attempt to force a settlement on a party not willing to participate in a settlement process. Accordingly, it is

ORDERED that the plaintiff's request to reconvene settlement conference contained in document [178], filed May 28, 2010, is denied.

DATED: July 8th, 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge