IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM-GJR

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

    Plaintiff,

v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

    Defendants.

_____

ORDER STRIKING *PRO SE* PLEADING
_____

On June 18, 2010, Tiberiu Klein submitted pleadings to the clerk under the heading "Motion By Plaintiffs Tiberiu Klein To Lift The Stay To Advance The Case For Trial With Present Counsel Or Additional Time To Hire New Counsel". Mr. Klein is represented by counsel in this case and pleadings filed *pro se* are not accepted. Accordingly, it is

ORDERED that the *pro se* pleading submitted to the Clerk on July 18, 2010, as document [181], is stricken.

DATED: July 8th , 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge