IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM

TIBERIU KLEIN

       Plaintiff,

v.

GREYHOUND LINES, INC. and
WESLEY JAY TATUM,

       Defendants.

_____

### ORDER DENYING MOTION TO STRIKE & FOR SANCTIONS
_____

       Upon review of the Plaintiff's Motion to Strike & for Sanctions, filed October 10, 2013, it is

       ORDERED that the Motion to Strike & for Sanctions is denied.

       DATED:   October 10th, 2013

                                               BY THE COURT:

                                               s/Richard P. Matsch

                                               _____
                                               Richard P. Matsch, Senior District Judge