IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM

TIBERIU KLEIN

    Plaintiff,

v.

GREYHOUND LINES, INC. and
WESLEY JAY TATUM,

    Defendants.
_____

ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT
_____

    Pursuant to the Plaintiff's motion to stay, filed October 10, 2013, and, alternatively, for an extension of time to respond to the Defendant Greyhound Lines' motion for summary judgment, it is

    ORDERED that the time for the plaintiff to respond to Greyhound Lines' motion for summary judgment is extended to and including October 31, 2013.

    DATED:   October 10th, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge