IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM

TIBERIU KLEIN

       Plaintiff,

v.

GREYHOUND LINES, INC.,

       Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

Pursuant to the plaintiff's motion to voluntarily dismiss this civil action [Doc. 69] and the defendant Greyhound Lines, Inc.'s response [Doc. 71], it is

ORDERED that this civil action is dismissed without prejudice and the plaintiff's motion to stay is moot.

DATED: October 15th, 2013

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge