IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01827-RPM-LTM

TIBERIU KLEIN, individually and as
Executor of the Estate of CLAUDIA ZVUNCA,

    Plaintiff,

v.

WESLEY JAY TATUM and
GREYHOUND LINES, INC.,

    Defendants.

---

## ORDER

Upon consideration of the Plaintiff's motion for leave to file a reply and surreply (#248), it is

ORDERED that the motion (#248) is granted.  The Plaintiff has to and including December 23, 2013, in which to file a reply in support of his motion to substitute and surreply in response to defendant Greyhound's motion for summary judgment.

    Dated:  December 18, 2013

                  BY THE COURT:

                  s/Richard P. Matsch

                  Richard P. Matsch, Senior District Judge