IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM

TIBERIU KLEIN

      Plaintiff,

v.

GREYHOUND LINES, INC.,

      Defendants.

_____

ORDER GRANTING MOTION TO CORRECT SURREPLY
_____

Upon review of Plaintiff's Motion to Correct Surreply [252] filed December 26, 2013, it is

ORDERED that the motion is granted and Page 12, lines 9-10 of Plaintiff's Surreply in Opposition to Greyhound's Motion for Summary Judgment are corrected to read: "Claims were later added for Cristina against Greyhound."

DATED:   December 27th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge