IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01827-RPM

TIBERIU KLEIN

      Plaintiff,

v.

WESLEY JAY TATUM, and
GREYHOUND LINES, INC.,

      Defendants.

_____

ORDER DENYING PLAINTIFF'S MOTION TO STAY AND DIRECTING RESPONSE
_____

Upon consideration of the Plaintiff's Motion to Stay, filed today, it is

ORDERED that the motion to stay is denied and the plaintiff shall have to and including May 27, 2014, within which to respond to Greyhound's Memorandum on Claims Splitting [261].

DATED: May 9th, 2014

                                                          BY THE COURT:

                                                          s/Richard P. Matsch

                                                          _____

                                                          Richard P. Matsch, Senior District Judge