IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01827-RPM

TIBERIU KLEIN

      Plaintiff,

v.

WESLEY JAY TATUM, and
GREYHOUND LINES, INC.,

      Defendants.

_____

## FINAL JUDGMENT
_____

Pursuant to the Order for Dismissal Pursuant to Fed.R.Civ.P. 12(b)(1), entered May 30, 2014 by Senior District Court Judge Richard P. Matsch, it is

ORDERED that this civil action is dismissed pursuant to Fed.R.Civ.P. 12(b)(1).

DATED:  May 30th, 2014

                              FOR THE COURT:
                              Jeffrey P. Colwell, Clerk

                                  s/J. Chris Smith
                            By _____
                                  Deputy Clerk